IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs. **Case No. 11-40003-01-RDR**

KATHERINE W. SUROWSKI,
a/k/a KATIE SUROWSKI,

        Defendant.

## O R D E R

This matter is presently before the court upon the government's motion to transfer case. The government seeks to transfer this case to Judge Julie Robinson because she is presently assigned to other cases related to the charges contained in this case. The government notes that defense counsel has no objection to this motion.

For the reasons stated, the court shall grant the motion. The court shall transfer this case to Judge Robinson for all further proceedings.

**IT IS THEREFORE ORDERED** that the government's motion to transfer case (Doc. # 7) be hereby granted. This case is hereby transferred to Judge Julie Robinson for all further proceedings.

**IT IS SO ORDERED.**

Dated this 4th day of February, 2011 at Topeka, Kansas.

                                    s/Richard D. Rogers
                                    United States District Judge